**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALEX MORGAN; et al., | No. 21-55356 |
| Plaintiffs-Appellants, | D.C. No. 2:19-cv-01717-RGK-AGR |
| v. | Central District of California, Los Angeles |
| UNITED STATES SOCCER FEDERATION, INC., | ORDER |
| Defendant-Appellee. | |

Before: WARDLAW and HURWITZ, Circuit Judges, and ROSENTHAL,* Chief District Judge.

The parties' joint motion to remove this appeal from the oral argument calendar and to place this appeal in abeyance is granted. Oral argument in this matter, scheduled for March 7, 2022, at 1:00 p.m., in Pasadena, California, is vacated. Further proceedings are stayed pending finalization of the terms of the parties' settlement in principle. The parties shall file a joint status report every thirty days from the date of this order.

This panel of the court shall retain jurisdiction over this appeal.

**IT IS SO ORDERED.**

---

\* The Honorable Lee H. Rosenthal, Chief United States District Judge for the Southern District of Texas, sitting by designation.